UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARCY MARIE GALVAN,

         Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.

Case No.: 1:23-cv-00169-EPG

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF No. 2)

Plaintiff seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. (ECF No. 2). Having reviewed the application, the Court finds that Plaintiff has made the requisite showing under 28 U.S.C. § 1915 in order to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED. The Clerk of Court is directed to issue the following: 1) a Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   __**February 6, 2023**__           /s/ _Erica P. Grosjean_
                                 UNITED STATES MAGISTRATE JUDGE